605    In re Sani-Fresh Liquid Hand Soap Trademark Litigation

6

| Date | No. | Entry |
|---|---|---|
| 84/06/14 | 1 | MOTION & BRIEF (one document), SCHEDULE, ATTACHMENTS, CERT. OF SERVICE -- Airwick Industries, Inc. -- SUGGESTED TRANSFEREE DISTRICT: N.D. OHIO; SUGGESTED TRANSFEREE JUDGE: ? (cds) |
| 84/06/22 | | APPEARANCES -- RONALD L. PALMER for Airwick Industries, Inc., GEORGE M. HOPKINS for Southern Chemical Products Co., STEVEN E. SIGALOW for Go-Jo Industries, Inc., WILLIAM H. WHITE for Sani-Fresh International, Inc. (emh) |
| 84/06/25 | | HEARING ORDER -- Setting motion to transfer A-1 thru A-3 for Panel hearing in Boston, Massachusetts on July 26, 1984 (emh) |
| 84/06/26 | | APPEARANCE: JOHN D. GOULD for Minnetonka, Inc. (emh) |
| 84/06/27 | 2 | RESPONSE -- Go-Jo Industries, Inc. -- w/cert. of svc. (emh) |
| 84/06/27 | 3 | RESPONSE -- Minnetonka, Inc. -- w/cert. of svc. (emh) |
| 84/06/28 | 4 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- Sani Fresh International, Inc. -- GRANTED to & including July 3, 1984 to SANI-FRESH ONLY -- Notified PASL (emh) |
| 84/06/29 | 5 | RESPONSE/BRIEF -- Southern Chemical Products Co. -- w/exhibits and cert. of svc. (emh) |
| 84/07/03 | 6 | RESPONSE -- Sani-Fresh International, Inc. w/cert of svc. (ds) |
| 84/07/23 | | HEARING APPEARANCES: RONALD L. PALMER, ESQ. for Airwick Industries, Inc., GEORGE M. HOPKINS, ESQ. for Southern Chemical Products Company, STEVEN E. SIGALOW, ESQ. for Go-Jo Industries Inc., WILLIAM H. WHITE, ESQ. for Sani-Fresh International, Inc., JOHN D. GOULD, ESQ. for Minnetonka, Inc. (rh) |
| 84/07/24 | 7 | SUPPLEMENTAL RESPONSE -- Sani-Fresh International, Inc. w/cert. of svc. (ds) |
| 84/08/09 | 8 | LETTER -- signed by John S. Gould, counsel for deft. Minnetonka -- w/copy of Judge Sessions 8/7/84 order, w/svc. (cds) |
| 84/08/10 | 9 | SUPPLEMENTAL RESPONSE -- Go-Jo Industries, Inc. -- w/copy of Judge Sessions 8/7/84 order -- w/cert. of service (cds) |

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 605 -- In re Sani-Fresh Liquid Hand Soap Trademark Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/08/15 | 10 | SUPPLEMENTAL RESPONSE -- Sani-Fresh International, Inc. -- w/cert. of service (cds) |
| 84/08/22 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Edward C. Prado for pretrial proceedings, pursuant to 28 U.S.C. §1407. |
| 84/08/22 | | TRANSFER ORDER -- transferring A-1 and A-2 the the Western District of Texas for pretrial proceedings pursuant to 28 U.S.C. §1407. Notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML FORM 1A

JPML Form 1

Revised: 8/78

DOCKET NO. 605 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Sani-Fresh Liquid Hand Soap Trademark Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 26, 1984 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 8/22/84 | TO | Unpublished | W.D. Texas | Edward C. Prado | |

Special Transferee Information

DATE CLOSED: 1/23/86
8/7/87

JPML FORM 1

LISTING OF INVOLVED ACTIONS

Western District of Texas
Hon. Edward V. Prado

DOCKET NO. 605 -- In re Sani-Fresh Liquid Hand Soap Trademark Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Southern Chemical Products Co. v. Sani-Fresh International, Inc. | N.D.Ga. Forrester | C-84-1025-A | 8/22/84 | 84CA5923 | 11/15/84 D | |
| A-2 | Go-Jo Industries, Inc. v. Sani-Fresh International, Inc. | N.D.Ohio Aldrich | C-83-3436-A | 8/22/84 | 84CA1746 84CA973 | Aug 7, 1987 | Amend. Comp. |
| A-3 | Sani-Fresh International, Inc. v. Minnetonka, Inc., et al. | W.D.Tex. Sessions | SA-84-CA-973 | | | 11/15/84 D | |

July 1985 — 2 Re; 1 XX2; 1 Dis; 2 Pdg.
July 1986 — 1 Dis; 1 Pdg.
July 1987 — 1 Pdg. —Same
July 1988 — 1 Dis / Docket Closed

Aug 8, 1987 -
corresp. from judge

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 605 -- In re Sani-Fresh Liquid Hand Soap Trademark Litigation

---

SOUTHERN CHEMICAL PRODUCTS CO. (A-1)
George M. Hopkins, Esq.
Newton, Hopkins & Ormsby
1010 The Equitable Building
100 Peachtree Street
Atlanta, Georgia   30303

GO-JO INDUSTRIES, INC. (A-2)
Steven E. Sigalow, Esq.
Buckingham, Doolittle & Burroughs
I Cascade Plaza
P.O. Box 1500
Akron, Ohio   44309

SANI-FRESH INTERNATIONAL, INC. (A-3)
William H. White, Esq.
Susman, Godfrey & McGowan
2400 Allied Bank Plaza
Houston, Texas   77002

SANI-FRESH INTERNATIONAL, INC.
(Local Counsel)
Larry Patton, Esquire
2000 Covent Street
San Antonio, Texas   78205

GO-JO INDUSTRIES, INC.
(Local Counsel)
Charles D. Houlihan, Jr., Esquire
One Alamo Center
106 South St. Mary's
San Antonio, Texas   78205

SOUTHERN CHEMICAL PRODUCTS CO.
(Local Counsel)
William T. Armstrong, Jr., Esquire
1655 Frost Bank Tower
San Antonio, Texas   78205

MINNETONKA, INC.
John D. Gould, Esq.
Merchant, Gould, Smith, Edell, Welter
   & Schmidt
1600 Midwest Plaza Building
Minneapolis, Minnesota   55402

AIRWICK INDUSTRIES, INC.
Ronald L. Palmer
Baker & Botts
3000 One Shell Plaza
Houston, Texas   77002

MINNETONKA, INC.
(Lead Counsel)
James B. Loken, Esquire
2300 Multifoods Tower
33 South Sixth St.
Minneapolis, MN   55402

MINNETONKA, INC.
(Local Counsel)
Charles Smith, Esquire
Groce, Locke & Hebdon
2000 Frost Bank Tower
San Antonio, Texas   78205

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __605__ -- __In re Sani-Fresh Liquid Hand Soap Trademark Litigation__

| Name of Party | Named as Party in Following Actions |
|---|---|
| Sani-Fresh International, Inc. | A-1, A-2 |
| Minnetonka, Inc. | A-3 |
| Southern Chemical Products Co. | A-3 |
| Airwick Industries, Inc. | A-3 |
| | |
| | |
| | |
| | |
| | |
| | |

p. __1__